UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-5851-MWF(GJSx)**                              Dated: **February 23, 2016**

Title:     Unicolors, Inc. -v- Ace Fashion Trading Co., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

    In light of the Default By Clerk entered on February 22, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **March 21, 2016, at 11:30 a.m.**  *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.*

    **IT IS SO ORDERED.**